UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 2:21-cv-06668-SPG-MAA | Date: January 31, 2023 |
| Title | Miguel Antonio Garcia v. Felipe Martinez | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order to Show Cause Why the Petition Should Not be Granted Based on Respondent's Failure to File Motion to Dismiss or an Answer**

## Background

On August 17, 2021, Petitioner Miguel Antonio Garcia ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 ("Section 2241") ("Petition"). (Pet., ECF No. 1.) The Petition challenges Petitioner's federal convictions sustained in the United States District Court for the District of Colorado in 2019, raising claims based on actual innocence, prosecutorial misconduct, and insufficiency of the evidence. (*Id.* at 3–4.[1])

On October 5, 2021, Respondent moved to dismiss the Petition, arguing that it merely repeats claims Petitioner made in his post-conviction proceedings under 28 U.S.C. § 2255 and that the Section 2241 Savings Clause does not apply ("Motion to Dismiss"). (Mot. to Dismiss, ECF No. 9.) On October 27, 2021 and again on November 12, 2021, Petitioner filed two separate voluntary dismissals of his case. (ECF Nos. 11, 12.) The Honorable George H. Wu, the District Judge previously assigned to the case, dismissed the Petition pursuant to Petitioner's requests, but reinstated the Petition on June 6, 2022 in light of two filings made by Petitioner that suggested to the Court that Petitioner wished to withdraw his mistakenly filed requests for voluntary dismissal and to reinstate the Petition. (ECF No. 17.) In so doing, Judge Wu referred the reopened matter back to this Magistrate Judge. (*Id.*)

---

[1] Pinpoint citations in this Order refer to the page numbers appearing in the ECF-generated headers of the cited documents.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:21-cv-06668-SPG-MAA                                              Date:  January 31, 2023

Title        Miguel Antonio Garcia v. Felipe Martinez

      Pursuant to a June 10, 2022 order from the Court to either re-file and re-serve the Motion to Dismiss or an Answer to the Petition (ECF No. 18), on August 2, 2022, Respondent re-filed and re-served the Motion to Dismiss on Petitioner (ECF 22).  In the absence of an opposition to the Motion to Dismiss, on September 26, 2022, the Court issued an Order to Show Cause why the Court should not recommend that the Petition be dismissed for Petitioner's failure to file an opposition to the Motion to Dismiss.  (ECF No. 24.)

      On October 4, 2022, the Court received and filed a document from Petitioner entitled "Emergency Ex-Parte Omnibus Motion" ("Omnibus Motion") in which Petitioner sought to "supplement authority" and requested an "emergency ex-parte injunction for an order of immediate release."  (ECF No. 25, at 2, 4–5.)  The Court construed the Omnibus Motion as an attempt by Petitioner to amend his Petition, and on October 5, 2022, the Court denied the Omnibus Motion for failure to comply with Local Rules 15-1, afforded Petitioner thirty (30) days to file a motion to amend his Petition, and denied the Motion to Dismiss without prejudice to its re-filing should Petitioner not seek leave to amend or should leave be denied.  (ECF No. 26.)  In the absence of a motion to amend the Petition, on December 5, 2022, the Court ordered Respondent to re-file and re-serve on Petitioner the Motion to Dismiss within thirty (30) days, or an Answer to the Petition within forty-five (45) days of the date of the order ("December 5 Order").  (Dec. 5 Order, ECF No. 31, at 2.)

### Discussion

      To date, Respondent has neither re-filed and re-served the Motion to Dismiss, nor filed and served an Answer.  Respondent also has not filed any requests for an extension of time in which to re-file the Motion to Dismiss or to file an Answer.  Accordingly, Respondent hereby is **ORDERED** to show cause, in writing, by no later than **March 2, 2023**, why the Court should not recommend that the Petition be granted.  If Respondent re-files and re-serves the Motion to Dismiss or files and serves an Answer before **March 2, 2023**, this order to show cause shall be discharged and the case shall proceed according to the briefing schedule provided in the Court's attached December 5 Order.

It is so ordered.

Attachment:
Court's December 5 Order (ECF No. 31)