JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANTONIO GARCIA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FELIPE MARTINEZ,<br><br>　　　　　Respondent. | Case No. No. 2:21-cv-06668-SPG (MAA)<br><br>**JUDGMENT** |

The Court has issued its Order Accepting Findings and Recommendations of United States Magistrate Judge and Denying Petitioner's Motions ("Order"), which approved and adopted the Report and Recommendation (ECF No. 60), denied Petitioner's motions (ECF Nos. 47, 49, 57, 62, and 64), and ordered that this case remain closed. The Court hereby enters judgment against Petitioner Miguel Antonio Garcia in this case.

**IT IS SO ORDERED.**

DATED: March 21, 2025

　　　　　　　　　　　　　　　　　HON. SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-